```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                          17 Cr. 402 (JGK)

**COURTNEY GRAVES,**                         <u>ORDER</u>

            Defendant.

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    In the Judgment, the Court intends to waive interest on the restitution requirement based on the defendant's inability to pay. 18 U.S.C. § 3612(f)(3)(A). <u>See also</u> <u>United States v. Allen</u>, No. 6:97-CR-9-RP, 2017 WL 5560415, at *1 (W.D. Tex. Nov. 13, 2017)(collecting cases and noting "the plain text of Section 3612(f)(3) contains no temporal limitation on when a court may waive or limit the amount of restitution interest owed").

    The parties should inform the Court by October 8, 2020 whether there is any objection.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **October 2, 2020**                       __/s/ John G. Koeltl__
                                                            John G. Koeltl
                                             **United States District Judge**