USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA             :    ORDER OF RESTITUTION
                                    :
        -v.-                         :    S4 17 Cr. 402 (JGK)
                                    :
COURTNEY GRAVES,                     :
                                    :
        Defendant.                   :
                                    :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Andrew K. Chan, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One, Two, and Three of the above Information; and all other proceedings in this case, and upon the consent of COURTNEY GRAVES, the defendant, by and through her counsel, David Touger, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

1. **Amount of Restitution.** COURTNEY GRAVES shall pay restitution in the total amount of $149,688.23 to the victims of the offenses charged in Counts One, Two, and Three. The name, address, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a

change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically:

| Co-Defendants | Amount of Restitution |
| --- | --- |
| Laquan Williams, Felix Rosario, Courtney Graves, and Kerschon Anderson under 18 Cr. 349 (JGK) | $149,688.23 |

Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter. In no event shall the Defendant or co-defendants in this matter be held liable in restitution for amounts that either exceed those specifically set forth in their Orders of Restitution or that are otherwise inconsistent with the Judgments or Orders of this Court.

3. **Sealing.** Consistent with Title 18, United States Code, Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or

disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       September 23, 2020

SO ORDERED:

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE