**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:

November 9, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020

Honorable John G. Koetl
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/9/20

Re:   United States v. Courtney Graves,
      17 Cr 402 (JGK)

Your Honor,

As the Court is well aware Ms. Graves was recently sentenced to time served on September 23, 2020. Prior to sentencing Ms. Graves was released on bail and had given the Government her passport as a condition of that bail. Since, the case against Ms. Graves is now over Ms. Graves would most respectfully request that the Court issue an Order allowing the Government to return her passport to her.

Thank you very much for your consideration of this matter.

Respectfully submitted,
*David Touger*
David Touger